**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Frank Gaunt, | No. CV 07-8124-PCT-SMM (LOA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Jail Commander Brown, et al., | |
| Defendants. | |

It appearing to the Court that Defendant Wright and Kitchen's Motion to Dismiss is now ready for consideration,

**IT IS HEREBY ORDERED withdrawing the reference** to the Magistrate Judge as to the above-referenced Motion. (Doc. 18.) However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 22nd day of July, 2008.

Stephen M. McNamee
United States District Judge